No. 161. D. J. BURKE *v.* MONUMENTAL DIVISION No. 52, BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. Appeal from the Circuit Court of Appeals for the Fourth Circuit. Argued January 21, 1926. Decided January 25, 1926. *Per Curiam.* Reversed with costs, with directions to dismiss the bill for lack of allegation disclosing any ground for Federal jurisdiction. *Mr. Cyrus G. Derr,* with whom *Mr. F. D. McKenney* was on the brief, for appellant. *Messrs. Oscar J. Horn* and *Arthur L. Jackson* for appellees.

---

No. 211. UNITED STATES, ON THE RELATION OF CHARLIE NEWMAN, *v.* WILLIAM C. HECHT, UNITED STATES MARSHAL, ETC. Error to the District Court of the United States for the Southern District of New York. Motion to transfer submitted January 27, 1926. Transferred February 1, 1926, to the Circuit Court of Appeals for the Second Circuit. *Mr. Louis J. Vorhaus* for plaintiff in error. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for defendant in error.

---

No. 212. UNITED STATES, ON THE RELATION OF LEWIS FISHLANDER ALIAS LEWIS WILSON, *v.* WILLIAM C. HECHT, UNITED STATES MARSHAL. Error to the District Court of the United States for the Southern District of New York. Motion to transfer submitted January 27, 1926. Transferred February 1, 1926, to the Circuit Court of Appeals for the Second Circuit. *Mr. Louis J. Vorhaus* for plaintiff in error. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for defendant in error.